IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3134 |
| vs. | |
| DOMINIC C. DZWONCZYK, | ORDER |
| Defendant. | |

The defendant has presented no evidence explaining why he must complete coursework on a private computer at home: He has not explained why the remaining courses must be completed online, and has failed to explain why using a computer at a public library or learning institution cannot meet his educational needs. Finally, there is no reasonable way for pretrial services to monitor or filter Defendant's computer use to assure he is using it for only educational purposes.

Accordingly,

IT IS ORDERED that Defendant's motion, (Filing No. 31), is denied.

April 5, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge