IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DOMINIC C. DZWONCZYK,<br><br>　　　　　　Defendant. | 4:15CR3134<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The government's deadline for responding to Defendant's motion for discovery, (Filing No. 35), is October 26, 2016.

2) Defendant's deadline for filing any objection to the Findings and Recommendation, (Filing No. 56), on his motion to suppress, (Filing No. 37), is extended to October 26, 2016.

Dated this 12th day of October, 2016

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge