IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DOMINIC C. DZWONCZYK,<br><br>            Defendant. | 4:15-CR-3134<br><br>ORDER |

This matter is before the Court on the plaintiff's Motion to Dismiss Indictment (filing 77). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Indictment (filing 77) is granted.

2. The indictment is dismissed as to defendant Dominic Dzwonczyk.

Dated this 4th day of January, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge